Adrian D. **MURRAY, Plaintiff–Appellant,**

v.

**Mary POLLARD; Danielle M. Carman; Toni Banks; Theodore S. Royster, Defendants–Appellees.**

No. 14–6201.

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2014.

Decided: June 23, 2014.

Adrian D. Murray, Appellant Pro Se.

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian D. Murray appeals the district court's order dismissing after a 28 U.S.C. § 1915 (2012) review his 42 U.S.C. § 1983 (2012) complaint, and its order denying his Fed.R.Civ.P. 59(e) motion for reconsideration and motion to amend the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Murray v. Pollard,* No. 1:13–cv–00314–FDW, 2014 WL 49963 (W.D.N.C. Jan. 7, 2014; Jan. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*